UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AZIZ SADIQ,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Civil Case No. 22-cv-2906-JPG
Criminal Case No. 21-cr-40012-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Aziz Sadiq's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed.

**DATED:** September 5, 2024    MONICA A. STUMP, Clerk of Court

    **s/ Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**